Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Qin Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Qin Chen**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of the Federal Bureau of Investigation,<br><br>　　　　Defendants. | Case No.<br><br>C07 04688 HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Immigration Case |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

Case No.                                                                   1
Certification of Interested Entities or Persons

1  Dated: Sep 11, 2007

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiff

Case No.                                                          2
Certification of Interested Entities or Persons