# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Qin Chen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 04688 HRL

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE SEP 11 2007

(BY) DEPUTY CLERK

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Qin Chen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 04688** HRL

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE SEP 11 2007

(BY) DEPUTY CLERK

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Qin Chen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 04688 HRL

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE SEP 1 1 2007

Tiffany Salinas Hamilton
(BY) DEPUTY CLERK

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Qin Chen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 04688 HRL

V.

Alberto Gonzales, United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE SEP 1 1 2007

Tiffany Salinas Harwell
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1] DATE 9·12·2007

Name of SERVER Bo Li TITLE Office Administrator

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*:
Certified mail with return receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | U.S.P.S. | $45.84 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9·12·2007
*Date*

[signature]
*Signature of Server*

*Address of Server*
**Law Offices of Jean D. Chen**
2107 N. First St., Suite 300
San Jose, California 95131

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

7006 0810 0000 7679 8254

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20535
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.84 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.64 |

0002
Postmark Here
USPS SAN JOSE CA SEP 12 2007
09/12/2007

Sent To: Robert S. Mueller III
Street, Apt. No.; or PO Box No.: 935 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20535-0001

PS Form 3800, June 2002 See Reverse for Instructions

7006 0810 0002 7603 3018

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.84 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.64 |

0002 10
Postmark Here
USPS SAN JOSE CA SEP 12 2007
09/12/2007

Sent To: Michael Chertoff
Street, Apt. No.; or PO Box No.: U.S. Department of Homeland Security
City, State, ZIP+4: Washington, DC 20528

PS Form 3800, June 2002 See Reverse for Instructions

7006 0810 0002 7603 3001

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94102
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.84 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.64 |

0002
Postmark Here
USPS SAN JOSE CA 95101 SEP 12 2007
09/12/2007

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 450 Golden Gate Ave 11th Floor
City, State, ZIP+4: San Francisco, CA 94102

PS Form 3800, June 2002 See Reverse for Instructions

7006 0810 0002 7603 3025

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.84 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.64 |

0002 10
Postmark Here
USPS SAN JOSE CA 95101 SEP 12 2007
09/12/2007

Sent To: Alberto R. Gonzales
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, June 2002 See Reverse for Instructions

7006 0810 0002 7603 3032

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.84 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.64 |

0002 10
Postmark Here
USPS SAN JOSE CA 95101 SEP 12 2007
09/12/2007

Sent To: Office of the General Counsel
Street, Apt. No.; or PO Box No.: U.S. Department of Homeland Security
City, State, ZIP+4: Washington, DC 20528

PS Form 3800, June 2002 See Reverse for Instructions

7006 0810 0002 7603 2998

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20536
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.84 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.64 |

0002 10
Postmark Here
USPS SAN JOSE CA 95101 SEP 12 2007
09/12/2007

Sent To: Emilio T. Gonzalez
Street, Apt. No.; or PO Box No.: 425 I Street, NW
City, State, ZIP+4: Washington, DC 20536-0003

PS Form 3800, June 2002 See Reverse for Instructions

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. 1st Street, Suite 300, San Jose CA, 95131

On 9·12·07 I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's original complaint for writ in the nature of mandamus and declaratory judgment under 28 U.S.C. § 1361;**
3) **Order setting initial case management conference and ADR deadlines;**
4) **Standing order re: initial case management and discovery disputes;**
5) **Consents of joint case management statement;**
6) **Standing order regarding case management in civil cases;**

on the persons or entities named below, for the case Chen v. Gonzales **(C07-04688 HRL)** by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

U.S. Attorney
United States Attorney's Office

450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Date of mailing: 9.12.07 Place of mailing: San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 9.12.07 at San Jose, California

Bo Li

Proof of Service: C07-04688 HRL
Chen, v. Gonzales, et al. 2