1  Justin Fok, Esq., CA Bar: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Qin Chen
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 **Qin Chen,**                                  ) Case No.  07-4688 HRL
                                                  )
13              Plaintiff,                        )
                                                  )
14      v.                                        )
                                                  ) **NOTICE OF CHANGE OF ADDRESS**
15 **Alberto Gonzales**, United States Attorney   )
   General, United States Department of Justice;  )
16 **Michael Chertoff**, Secretary, Department of )
17 Homeland Security;                             )
   **Emilio T. Gonzalez**, Director, United States)
18 Citizenship and Immigration Services;          )
   **Robert S. Mueller III**, Director, Federal   )
19 Bureau of Investigation                        )
                                                  )
20              Defendants.                       )
                                                  )
21                                                )
                                                  )
22                                                )
                                                  )
23                                                )
                                                  )
24 ─────────────────────────────────────────────── )

25              <u>NOTICE OF CHANGE OF ADDRESS</u>

26      TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

27      PLEASE TAKE NOTICE THAT Justin G. Fok has changed addresses.

28      Current Contact Information:

Case No. 07-4688 HRL                       1
Notice of Change of Address

1  Justin G. Fok
2  Law Offices of Jean D. Chen
   2107 N. First Street, Suite 400
3  San Jose, CA 95131

4

5
   Dated: October 17, 2007                               Respectfully Submitted,
6

7
                                                         _____/s/_____
8                                                        Justin Fok, CA Bar: 242272
                                                         Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-4688 HRL                 2
Notice of Change of Address