SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| QIN CHEN, | ) | No. C 07-4688 HRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY,* United States Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the Citizenship and Immigration Services; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation, | ) ) ) ) ) ) ) | ADR CERTIFICATION |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

ADR CERTIFICATION
No. C 07-4688 HRL

adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 27, 2007              Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                United States Attorney

                                                _____/s/_____
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants

Dated: November 26, 2007              _____/s/_____
                                                JUSTIN FOK
                                                Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____, 2007              _____
                                                HOWARD R. LLOYD
                                                United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-4688 HRL              2