SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| QIN CHEN, | No. C 07-4688 HRL |
|     Plaintiff, | |
| v. | |
| MICHAEL B. MUKASEY,* United States Attorney General; et al., | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
|     Defendants. | |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 3, 2007                                                   Respectfully submitted,

                                                                       SCOTT N. SCHOOLS
                                                                       United States Attorney

                                                                           /S/
                                                                      MELANIE L. PROCTOR
                                                                      Assistant United States Attorney

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

CONSENT
No. C 07-4688 HRL