Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Qin Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **Qin Chen**, | Case No. C 07-4688 HRL |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| **Michael B. Mukasey,**[1] United States Attorney General | |
| **Michael Chertoff**, Secretary of the Department of Homeland Security; | |
| **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | |
| **Robert S. Mueller III**, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

///

///

///

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

Consent to Proceed Before a  
United States Magistrate Judge  
C 07-4688 HRL

1

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully Submitted,

Dated: December 4, 2007                    _____/s/_____
                                            Justin G. Fok
                                            Attorney for Plaintiff

Consent to Proceed Before a                 2
United States Magistrate Judge
C 07-4688 HRL