1  Justin Fok, Esq., CSB#242272
2  Law Offices of Jean D. Chen
   2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Qin Chen
7
8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  **Qin Chen,**                        ) Case No. C 07-04688 HRL
                                          )
12                                        )
                                          )
13              Plaintiff,                )
                                          )
14                                        ) **JOINT CASE MANAGEMENT**
                                          ) **STATEMENT; AND [PROPOSED]**
15          v.                            ) **ORDER**
                                          )
16  **Michael B. Mukasey,** United States Attorney )
    General                               )
17  **Michael Chertoff**, Secretary of the )
    Department of Homeland Security;      )
18  **Emilio T. Gonzalez**, Director of United States )
    Citizenship and Immigration Services; )
19  **Robert S. Mueller III**, Director of the Federal )
    Bureau of Investigation,              )
20                                        )
                                          )
21                                        )
                                          )
22              Defendants.               )
                                          )
23                                        )
    _____)
24

25  Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of

26  record, hereby submit this Joint Case Management Statement (JCMS).  The parties respectfully

27  request that the Court take this JCMS as the Case Management Statement for this case and

28  vacate the Case Management Conference which is currently scheduled for December 18, 2007.

**1. Jurisdiction and Service**

The basis asserted by Plaintiff for this Court's jurisdiction is 28 U.S.C. § 1361, 28 U.S.C. § 1331, and 5 U.S.C. §§ 551, 702.  The parties do not dispute that venue is proper in this district.  No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2.  **Facts**

Plaintiff is a native of China who applied to adjust his status to lawful permanent residence with the United States Citizenship and Immigration Services (USCIS) on March 31, 2004.  The USCIS has yet to adjudicate Plaintiff's I-485 application.  The plaintiff filed this action on September 11, 2007, seeking an order from this Court directing USCIS to adjudicate his I-485 application.

**3.  Legal Issues**

1. Whether this Court should dismiss the plaintiff's action for failure to state a claim and for lack of subject matter jurisdiction.

2. Whether the delay in the adjudication of Plaintiff's I-485 application is unreasonable.

**4.  Motions**

No motions have been filed.  The parties intend to file cross-motions for summary judgment.

**5.  Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6.  Evidence Preservation**

The parties do not have any evidence that falls within this category.

**7.  Disclosures**

The parties believe that review will be confined to the administrative record and thus the disclosure requirements of Fed. R. Civ. P. 26 do not apply.

**8.  Discovery**

The parties do not intend to take any discovery in this case.

**9.  Class Actions**

N/A

**10.  Related Cases**

1   The parties are not aware of any related case or cases.

2   **11. Relief**

3   The plaintiff asks this Court to direct the USCIS to adjudicate his I-485 application within 60

4   days of receiving the Court's order.

5   **12. Settlements and ADR**

6   On November 28, 2007, the parties were excused from the formal ADR process.

7   **13. Consent to Magistrate Judge for All Purposes**

8   The parties have consented to proceed before a Magistrate Judge.

9   **14. Other References**

10   The parties do not believe that this case is suitable for reference to binding arbitration, a special

11   master, or the Judicial Panel on Multidistrict Litigation.

12   **15. Narrowing of Issues**

13   The parties do not believe that the issues can be narrowed by agreement or by motion, and do not

14   have suggestions to expedite the presentation of evidence at trial, and any request to bifurcate

15   issues, claims or defenses.

16   **16. Expedited Schedule**

17   The parties believe this case can be resolved on cross motions for summary judgment.

18   **17. Scheduling**

19   The parties will notice and move for summary judgment with the following proposed due dates:

20         Parties' cross-motions for summary judgment:      January 15, 2008

21         Parties' opposition motions:               January 29, 2008

22   The Parties respectfully request that the Court take this matter under submission based on the

23   above motions and that no summary judgment hearing be held for this case. Should the Court

24   deem that a hearing is necessary, the parties propose a summary judgment hearing date of

25   February 19, 2008.

26   **18. Trial**

27   The parties do not anticipate the need for a trial in this case.

28

**19.  Disclosure of Non-Party Interested Entities or Persons**

The plaintiff filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16 on September 11, 2007.

**20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.


Dated:  December 11, 2007                              Respectfully submitted,

                                                   _____/s/_____
                                                   Justin G. Fok
                                                   Law Offices of Jean D. Chen
                                                   Attorney for Plaintiff


Dated:  December 11, 2007                          _____/s/_____
                                                   Melanie L. Proctor
                                                   Assistant United States Attorney
                                                   Attorney for Defendants

///

///

///

///

///

///

///

///

///

///

///

///

///

Case No. C 07-4688 HRL                    4
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

1

**ORDER**

2      The Case Management Statement and Proposed Order are hereby adopted as the Case

3 Management Order for the case and the parties are hereby ordered to comply with this order.

4 The Case Management Conference currently scheduled for December 18, 2007, is hereby

5 vacated.

6

7 Dated: _____             _____

8                                                     Howard R. Lloyd

9                                                     United States Magistrate Judge

10

11

**ORDER**

12      The Case Management Statement and Proposed Order are hereby adopted as the Case

13 Management Order for the case and the parties are hereby ordered to comply with this order.

14

15 Dated: _____             _____

16                                                     Howard R. Lloyd

17                                                     United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-4688 HRL          5
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER