DECLARATION OF QIN CHEN

QIN CHEN, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am a citizen of the People's Republic of China and have been assigned the alien registration number A098 329 125.

2. I submitted my I-485, *Application to Register Permanent Resident or Adjust Status,* along with the $305 filing fee, to the USCIS on March 31, 2004.

3. It has now been nearly 4 years, since I first filed my I-485 application with the USCIS.

4. The delay of my I-485 application substantially affects my career development. I have had the desire to explore other career opportunities in other fields but have been unable to because my immigration Employment Based Category (EB-1B) requires that I stay in the same field until the I-485 application process is complete. (ATTACHMENT A)

5. For every year my I-485 application is being processed, I must renew my Employment Authorization Document (EAD) and Advance Parole (AP) in order to travel and to work legally. To date over $1,090 has been spent on my EAD and AP renewals. (ATTACHMENT B)

6. This I-485 processing delay is more than just a minor inconvenience; it places a substantial burden on all long-term decisions. I also live with the day-to-day stress of not knowing if I will reside in this country permanently or be forced to leave the life I have come to love.

7. I wish to become a citizen of the United States as quickly as possible so that I may exercise my right to vote. Because of this I-485 processing delay, I am

unable to accrue the five-year residency required for legal permanent residents who wish to attain citizenship. If my application were processed under normal processing time, I would already have 3 years of the required 5 years of residency. I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Jose, California
On this 15th day of January 2008.

*[signature]*
Qin Chen

**ATTACHMENT A**

| Department of Homeland Security | | I-797, Notice of Action |
|---|---|---|
| U.S. Citizenship and Immigration Services | | |

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-012-51908 | | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE<br>October 17, 2003 | PRIORITY DATE<br>October 16, 2003 | PETITIONER<br>CYOPTICS INC |
| NOTICE DATE<br>November 16, 2004 | PAGE<br>1 of 1 | BENEFICIARY<br>CHEN, QIN |

CYOPTICS INC
7360 WINDSOR DRIVE
ALLENTOWN PA 18106

Notice Type: Approval Notice
Section: Outstanding Professor or Researcher, Sec.203(b)(1)(B)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



**ATTACHMENT B**

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| Receipt Number: MSC-04-189-21661 | Case Type: I-765 - Application for Employment Authorization Document |
|---|---|
| Received Date: March 31, 2004 | Priority Date: | Applicant: A135026682 CHEN, QIN |
| Notice Date: May 04, 2004 | Page 1 OF 1 | ASC Code: 2 |

| THOMAS FAN
230 N WASHINGTON STREET SUITE 400
ROCKVILLE MD 20850 | Notice Type: Receipt Notice
Amount Received: $120.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS** -
The next step is to have your biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at 1-800-375-5283 to schedule your appointment. For TDD hearing impaired assistance, please call 1-800-767-1833.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at 1-800-375-5283.

**WHAT TO BRING TO Your appointment** -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY
TENPRINTS QA REVIEW BY
ON

**CASE STATUS** -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit MO 64064
National Customer Service Center: 1-800-375-5283



5021995    0001131701

Form I-797C (Rev. 09/07/93) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-05-253-10294 | I-765 - Application for Employment Authorization Document |

| Received Date: May 18, 2005 | Priority Date: | Applicant: | A098329125 CHEN, QIN |
|---|---|---|---|
| Notice Date: June 13, 2005 | Page  1 OF 1 | ASC Code: | 2 |

QIN CHEN
1307 E MARKS ST APT 203
ALLENTOWN PA 18109

Notice Type:      Receipt Notice

Amount Received:    $175.00

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5098428      0002406034                        Form I-797C (Rev. 11/28/03) N

Department of Homeland Security
U.S. Citizenship and Immigration Services    I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-07-226-17085 | Case Type: I-765 - Application for Employment Authorization Document | |
|---|---|---|
| Received Date: May 11, 2007 | Priority Date: | Applicant: A098329125 CHEN, QIN |
| Notice Date: May 16, 2007 | Page 1 OF 1 | ASC Code: 2 |

| QIN CHEN 655 S FAIR OAKS APT L 214 SUNNYVALE CA 94086 | Notice Type: Receipt Notice Amount Received: $180.00 |
|---|---|

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## BIOMETRICS-

The next step is to have your biometrics taken, if required, at a US Citizenship and Immigration Services (USCIS) Application Support Center (ASC).

## PLEASE NOTE-

USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving an appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from USCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does **NOT** grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS (i.e., that a decision to grant or deny your application/petition has not yet been made). The current status of your application/petition must be verified with USCIS.

If you have Internet access, you can visit the United States Citizenship and Immigration Services website at www.USCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U. S. Citizenship and Immigration Services
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5268528    0526852804    Form I-797C (Rev. 01/31/05) N

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

### THE UNITED STATES OF AMERICA

| Receipt Number: MSC-04-189-21660 | Case Type: I-131 - Application for Travel Document | | |
|---|---|---|---|
| Received Date: March 31, 2004 | Priority Date: | Applicant: | A135026682  CHEN, QIN |
| Notice Date: May 04, 2004 | Page 1 OF 1 | ASC Code: | |

THOMAS FAN
230 N WASHINGTON STREET SUITE 400
ROCKVILLE MD 20850

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $110.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. It usually takes 60 to 90 days from the date of this receipt to process this type of case. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

A written notice will be sent to you as soon as a decision is made on your application.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. BOX 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5021995        0001131701

Form I-797C (Rev. 09/07/93) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

### THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
|---|---|---|
| MSC-05-259-15177 | | I-131 - Application for Travel Document |
| Received Date: June 02, 2005 | Priority Date: | Applicant CHEN, QIN |
| Notice Date: June 20, 2005 | Page    1 OF 1 | ASC Code: |

QIN CHEN
1307 EAST MARKS STREET APT 203
ALLENTOWN PA 18109

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $165.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** It usually takes 60 to 90 days from the date of this receipt to process this type of case. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

A written notice will be sent to you as soon as a decision is made on your application.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5100691        0002428991

Form I-797C (Rev. 11/28/03) N

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form I-512

| Alien's Name | File Number | Date |
|---|---|---|
| CHEN, Qin | A 98 329 125 | 05/10/2006 |

**NOTICE TO APPLICANT:** Presentation of this authorization will permit you to: resume your application for adjustment of status upon your return to the United States. If your adjustment application is denied, you will be subject to removal proceedings under section 235(b)(1) or 240 of the Act. If, after April 1, 1997, you were unlawfully present in the United States for more than 180 days before applying for adjustment of status, you may be found inadmissible under section 212(a)(9)(B)(i) of the Act when you return to the United States to resume the proceedings of your application. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility in order for your adjustment of status application to be approved.

```
                                USDHS
                                SAN JOSE
                          RETAIN THIS RECEIPT

                          9:45AM        May 10/06
                          00-0000 001    SNJ-MD
                          #44034

                          A #           98329125
                          Last Name         CHEN
                          First Name         QIN

                          I-131         $170.00

                          Check         $170.00

                          XOfficialX
                          XDocumentX
```

Signature _____ Title _____

Form I-831 Continuation Page (Rev 6/12/92)

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-07-226-17086 | | Case Type: I-131 - Application for Travel Document | |
|---|---|---|---|
| Received Date: May 11, 2007 | Priority Date: | Applicant | A098329125 CHEN, QIN |
| Notice Date: May 16, 2007 | Page 1 OF 1 | ASC Code: | |

QIN CHEN
655 S FAIR OAKS APT L214
SUNNYVALE CA 94086

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $170.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** It usually takes 60 to 90 days from the date of this receipt to process this type of case. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

A written notice will be sent to you as soon as a decision is made on your application.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5268528    0526852804

Form I-797C (Rev. 01/31/05) N