Justin Fok, Esq., CA Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Qin Chen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Qin Chen** | Case No. C 07-04688 HRL |
| Plaintiff, | **PLAINTIFF'S PROPOSED ORDER FOR CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Michael B. Mukasey,** United States Attorney General; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **Robert S. Mueller III**, Director of the Federal Bureau of Investigation. | Date:   Hearing Vacated by Court Order<br>Judge:  Howard R. Lloyd |
| Defendants. | |

The Court finds that the Defendants have a clear, non-discretionary duty to adjudicate Plaintiff's I-485 within a reasonable time under both the Mandamus and Administrative Procedures Acts.  This Court further finds that nearly 4 years is an unreasonable length of time as a matter of law for the adjudication of an I-485, *Application to Register Permanent Residence or Adjust Status*.

Plaintiffs' Proposed Order for Summary Judgment
Case No. C 07-4688 HRL

1

1  Accordingly, it is hereby ORDERED that:

2      1. Plaintiff's Motion for Summary Judgment is GRANTED.

3      2. Defendants' Motion for Summary Judgment is DENIED.

4-5      3. Defendants shall complete adjudication of Plaintiff's I-485 within 60 days of this order.

6-7      4. The Court shall retain jurisdiction over this matter for a period of 120 days to ensure compliance with this order.

8  This case is CLOSED. IT IS SO ORDERED

12  Dated: _____

13      Howard R. Lloyd
    United States Magistrate Judge

Plaintiffs' Proposed Order for Summary Judgment
Case No. C 07-4688 HRL