JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QIN CHEN, ) | No. C 07-4688 HRL |
|                        Plaintiff, ) | |
| v. ) | |
| MICHAEL B. MUKASEY,* United States ) Attorney General; MICHAEL CHERTOFF, ) Secretary of the Department of Homeland ) Security; EMILIO T. GONZALEZ, Director ) of the Citizenship and Immigration Services; ) ROBERT S. MUELLER III, Director of the ) Federal Bureau of Investigation, ) | STIPULATION TO DISMISS; PROPOSED ORDER |
|                       Defendants. ) | |

      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's applications for adjustment of status.

///

///

///

*Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto Gonzales, as the United States Attorney General.

STIPULATED DISMISSAL
No. C 07-4688 HRL

1  Each of the parties shall bear their own costs and fees.

2  Dated: February 22, 2008                    Respectfully submitted,

3  JOSEPH P. RUSSONIELLO
   United States Attorney

4

5  _____/s/_____
   MELANIE L. PROCTOR[1]
6  Assistant United States Attorney
   Attorneys for Defendants

7

8
   Dated: February 22, 2008                    _____/s/_____
9                                              JUSTIN FOK
                                               Attorney for Plaintiffs
10

11

12                              **ORDER**

13     Pursuant to stipulation, IT IS SO ORDERED.  The Court terminates all pending deadlines,

14  hearings, and motions.  The Clerk shall close the file.

15

16  Dated: _____, 2008               _____
                                               HOWARD R. LLOYD
17                                             United States District Judge

18

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-4688 HRL                    2