1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)     *E-FILED 2/26/2008*
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN JOSE DIVISION
11
   QIN CHEN,                          )   No. C 07-4688 HRL
12                                    )
                     Plaintiff,       )
13                                    )
          v.                          )
14                                    )
   MICHAEL B. MUKASEY,* United States )   STIPULATION TO DISMISS; P̶R̶O̶P̶O̶S̶E̶D̶
15 Attorney General; MICHAEL CHERTOFF,)   ORDER
   Secretary of the Department of Homeland )
16 Security; EMILIO T. GONZALEZ, Director )
   of the Citizenship and Immigration Services;)
17 ROBERT S. MUELLER III, Director of the )
   Federal Bureau of Investigation,   )
18                                    )
                     Defendants.      )
19 _____)

20     Plaintiff, by and through his attorney of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-

22 entitled action without prejudice in light of the fact that the United States Citizenship and

23 Immigration Services has adjudicated Plaintiff's applications for adjustment of status.

24 ///

25 ///

26 ///

27

28 *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor,
   Alberto Gonzales, as the United States Attorney General.
   STIPULATED DISMISSAL
   No. C 07-4688 HRL

1  Each of the parties shall bear their own costs and fees.

2  Dated: February 22, 2008                          Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney

5                                                    _____/s/_____
                                                     MELANIE L. PROCTOR[1]
6                                                    Assistant United States Attorney
                                                     Attorneys for Defendants

8  Dated: February 22, 2008                          _____/s/_____
9                                                    JUSTIN FOK
                                                     Attorney for Plaintiffs

12                              **ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.  The Court terminates all pending deadlines,

14  hearings, and motions.  The Clerk shall close the file.

16  Dated:  ___February 26, 2008___                  _____
                                                     HOWARD R. LLOYD
17                                                   United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-4688 HRL                    2